# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM MCGINNIS AND ROSE MARIE MCGINNIS

    v.

W.B. HOMES, INC., ANTONIO COLETTA, LLC, WILLIAM J. BONENBERGER, HOWARD LYNCH PLASTERING, LLC, OMNIA GROUP ARCHITECTS, LLC, OMNIA GROUP, INC., PENN GWYN, LP, THORNBY DEVELOPMENT CORP., W.B. HOMES DEVELOPMENT CO, INC.

PETITION OF:  OMNIA GROUP, INC.

: No. 107 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.